UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| WILLIAM PIERCE, | * | CIVIL ACTION NO. 17-1365 |
| | * | |
| Plaintiff, | * | JUDGE: UNDESIGNATED |
| | * | |
| VS. | * | MAGISTRATE JUDGE: HANNA |
| | * | |
| SHERIFF LOUIS M. ACKAL, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**PLAINTIFF WILLIAM PIERCE'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**

In accordance with Rule 56 of the Federal Rules of Civil Procedure, Plaintiff William Pierce moves for partial summary judgment as to liability. As discussed in the accompanying memorandum in support, the undisputed material facts demonstrate that Defendants' actions violated the Americans with Disabilities Act.

The attached summary judgment evidence demonstrates that after Pierce applied to become a deputy sheriff for the Iberia Parish Sheriff's Office, Defendants discriminated against him on the basis of his status as a person living with HIV. Pierce completed IPSO's background check and interview process, and he was approved for hire subject to a pre-employment medical examination. Pierce revealed his HIV-positive status during the examination, and the medical examiners opined that he could safely serve as a deputy sheriff. Two days after receiving the medical examination results, which informed IPSO of Pierce's HIV status, the Defendants sent a rejection letter to Pierce. Defendants cannot articulate a legitimate, nondiscriminatory reason for refusing to hire Pierce, and the Court should thus enter a partial summary judgment as to liability.

WHEREFORE, Plaintiff William Pierce prays that the Court grant summary judgment in his favor as to the liability of the Defendants, leaving only the appropriate remedies and damages to be decided.

Dated: November 23, 2018              Respectfully submitted,

/s/ J. Dalton Courson
J. Dalton Courson, La. Bar No. 28542
dcourson@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana  70112
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Scott A. Schoettes, admitted pro hac vice
sschoettes@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
105 W. Adams, Suite 2600
Chicago, IL 60603
Telephone:  (312) 663-4413
Facsimile:  (312) 663-4307

Anthony C. Pinggera, admitted pro hac vice
apinggera@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Telephone: (213) 382-7600
Facsimile: (213) 351-6050
COUNSEL FOR WILLIAM PIERCE, PLAINTIFF

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Motion for Partial Summary Judgment on Liability has been served upon all counsel of record by CM/ECF filing, this 23rd day of November, 2018.

/s/ J. Dalton Courson