UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WILLIAM PIERCE | CIVIL ACTION NO. 6:17-cv-01365 |
| VERSUS | JUDGE JUNEAU |
| LOUIS M. ACKAL, ET AL. | MAGISTRATE JUDGE HANNA |

## MINUTES OF SETTLEMENT CONFERENCE

On Tuesday, September 10, 2019, the undersigned magistrate judge held a settlement conference in this matter, commencing at 10:00 a.m. and concluding at 4:40 p.m.[1] Participating in the conference were the following:

- William S. Pierce, the plaintiff;
- Dalton Courson, Doug Cochran, Scott Schoettes, and Shelly Skeen, counsel for the plaintiff;
- Edward Barousse, counsel for the defendants;
- Tracy LeDoux, representing the defendants; and
- Mark Tammariello, representing the defendants.

At the conclusion of the conference, the parties reached an amicable settlement of the dispute, the specific terms of which will be reduced to writing within the next thirty days.

---

[1] Statistical time: six hours and forty minutes.

The parties request removal of this case from the district court's trial docket of January 6, 2020.  The parties also request that the court retain jurisdiction over the settlement of the case under Kokkonen v. Guardian Life, 511 U.S. 375 (1994).

Signed at Lafayette, Louisiana on September 12, 2019.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE