UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WILLIAM PIERCE, | * CIVIL ACTION NO.: 17-1365 |
| Plaintiff, | * JUDGE: JUNEAU |
| VS. | * MAGISTRATE JUDGE: HANNA |
| SHERIFF LOUIS M. ACKAL, in his official capacity with the Iberia Parish Sheriff's Office, | * |
| Defendant. | * |

*********************************************

**STIPULATION OF DISMISSAL OF DEFENDANTS
RYAN TURNER AND RICKEY BOUDREAUX WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff William Pierce and Defendants Ryan Turner and Rickey Boudreaux, by and through counsel, hereby stipulate and agree to the dismissal with prejudice of all claims brought by William Pierce against Ryan Turner and Rickey Boudreaux in the above-captioned action. As reflected by the signatures of their counsel below, all parties who have appeared consent to the dismissal of Defendants Turner and Boudreaux.

1282390v.1

Dated:  March 4, 2020

*/s/ J. Dalton Courson*
J. Dalton Courson, La. Bar No. 28542
Douglas J. Cochran, La. Bar No. 20751
dcourson@stonepigman.com
dcochran@stonepigman.com
Stone Pigman Walther Wittmann L.L.C.
909 Poydras Street, Suite 3150
New Orleans, LA 70112-4042
Telephone: (504) 581-3200

and

Scott Schoettes, admitted pro hac vice
sschoettes@lambdalegal.org
Lambda Legal
105 W. Adams, 26th Floor
Chicago, IL 60603-6208
Tel 312-663-4413 ext. 322

COUNSEL FOR WILLIAM PIERCE, PLAINTIFF

Respectfully Submitted,

*/s/ H. Edward Barousse, III*
H. Edward Barousse, III, La. Bar No. 28310
H. Edward Barousse
Borne, Wilkes & Rabalais, L.L.C.
P. O. Box 4305
Lafayette, LA  70502-4305
Telephone:  337-232-1604  Ext. 224

COUNSEL FOR DEFENDANTS SHERIFF LOUIS M. ACKAL, IN HIS OFFICIAL CAPACITY AS SHERIFF OF IBERIA PARISH; CAPTAIN RYAN TURNER; AND CAPTAIN RICKEY BOUDREAUX

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Stipulation of Dismissal with Prejudice was filed electronically with the Clerk of Court using the CM/ECF system this 4th day of March, 2020. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ J. Dalton Courson*

1282390v.1